**No. 10-7608. James Michael Forney, Petitioner v. Florida.**

562 U.S. 1188, 131 S. Ct. 1018, 178 L. Ed. 2d 844, 2011 U.S. LEXIS 774.

January 18, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 42 So. 3d 233.

**No. 10-7612. Douglas Allen Ashcroft, Petitioner v. Oregon, et al.**

562 U.S. 1188, 131 S. Ct. 1018, 178 L. Ed. 2d 844, 2011 U.S. LEXIS 898.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 301.

**No. 10-7627. Leonardo Franqui, Petitioner v. Florida.**

562 U.S. 1188, 131 S. Ct. 1018, 178 L. Ed. 2d 844, 2011 U.S. LEXIS 767.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7639. Alfonzo Meeks, Petitioner v. North Carolina.**

562 U.S. 1188, 131 S. Ct. 1018, 178 L. Ed. 2d 844, 2011 U.S. LEXIS 819,

January 18, 2011. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

**No. 10-7647. Robert Gowan Clayton, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1188, 131 S. Ct. 1019, 178 L. Ed. 2d 844, 2011 U.S. LEXIS 777,

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7652. Jermaine Richardson, Petitioner v. Theodore Inserra, Superintendent, Mid-Orange Correctional Facility.**

562 U.S. 1188, 131 S. Ct. 1019, 178 L. Ed. 2d 844, 2011 U.S. LEXIS 837.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 621 F.3d 196.

**No. 10-7653. Michael Steven Ratley, Petitioner v. Florida.**

562 U.S. 1188, 131 S. Ct. 1019, 178 L. Ed. 2d 844, 2011 U.S. LEXIS 903.

January 18, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 41 So. 3d 897.

**No. 10-7658. Gene A. McLenithan, Jr., Petitioner v. Jean Hill, Superintendent, Powder River Correctional Facility.**

562 U.S. 1188, 131 S. Ct. 1019, 178 L. Ed. 2d 844, 2011 U.S. LEXIS 759.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.